**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Frederick Anthony CARGILL,**
**Defendant—Appellant.**

No. 05–7037.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 26, 2005.

Frederick Anthony Cargill, Appellant pro se. Lawrence Patrick Auld, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick Cargill seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2000) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on June 18, 2004. Cargill filed a request for certificate of appealability on June 6, 2005. Because Cargill failed to file a timely notice of appeal, and because he did not obtain an extension or reopening of the appeal period, we deny his motion for certificate of appealability and dismiss the appeal. We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*